**Order entered January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00123-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

## ORDER
### Before Justices Moseley and Fillmore

The Court has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by February 8, 2013.

/s/      JIM MOSELEY
            PRESIDING JUSTICE